Richard H. Bauch (RB-8197)
BAUCH ZUCKER HATFIELD LLC
871 Mountain Avenue, Suite 200
Springfield, New Jersey 07081
(973) 376-4000
Attorneys for Defendants Officer Michael Paulk and the City of Asbury Park

RECEIVED
MAR 19 2010
AT 8:30_____M
WILLIAM T. WALSH
CLERK

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LISSA McQUEEN,<br><br>      Plaintiff,<br>v.<br><br>PATROLMAN MICHAEL PAULK and THE CITY OF ASBURY PARK,<br><br>      Defendants. | *Civil Action*<br><br>Docket No. No. 3:09-cv-02657 (JAP)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The matter in difference in the above-entitled action having been amicably settled by and between the parties, it is hereby stipulated and agreed that the Complaint be and is hereby dismissed with prejudice and without costs against any party.

BAUCH ZUCKER HATFIELD LLC
Attorneys for Defendants

By: _____
    Richard H. Bauch

DATED: 3/16/10

So ordered
3/19/10
/s/

DWIGHT P. RANSOM
Attorney for Plaintiff

By: _____
    Dwight P. Ransom

DATED: _____

{00001550:1}